**GRANTED** The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.


Victor I. Reyes
District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document – District Court
2011CV280
CO Pueblo County District Court 10th JD
Filing Date: Sep 9 2011 8:14AM MDT
Filing ID: 39729115
Review Clerk: N/A

DISTRICT COURT, PUEBLO COUNTY, COLORADO
Court Address: 320 W. 10TH Street
Pueblo, CO 81003

Plaintiff:
FRANCES LOBATO

vs.

Defendants:
KMART CORPORATION; BIG KMART; KMART HOLDINGS CORP. and/or SEARS HOLDINGS CORP. Individually and dba KMART STORE No. 03171

▲ COURT USE ONLY ▲

CASE NO.: 2011CV280

Division C

## ORDER RE STATUS REPORT OF SEPTEMBER 6, 2011 AND REQUEST FOR EXTENSION OF TIME

THIS MATTER having come before this Court and the Court being fully advised in the premises thereof: DOES HEREBY ORDER:

1. Defendants KMART CORPORATION; BIG KMART; KMART HOLDINGS CORP. and/or SEARS HOLDINGS CORP. Individually and dba KMART STORE No. 031711 has up to and including twenty (20) days from date of order in which to file their Answer.

DONE IN COURT this _____ day of September, 2011.

BY THE COURT:

_____
DISTRICT COURT JUDGE

**EXHIBIT E**

> This document constitutes a ruling of the court and should be treated as such.
>
> **Court:** CO Pueblo County District Court 10th JD
> **Judge:** Victor I Reyes
> **Alternate Judge:** Unassigned
> **File & Serve Transaction ID:** 39669106
> **Current Date:** Sep 09, 2011
> **Case Number:** 2011CV280
> **Case Name:** Frances Lobato vs Kmart Corporation; Big Kmart; Kmart Holdings Corp. and/or Sears Holdings Corp. Individually and/or dba Kmart Store No. 03171
>
> /s/ Judge Victor I Reyes